O

# United States District Court
# Central District of California

| | |
|---|---|
| In re<br><br>CITY OF SAN BERNARDINO, CALIFORNIA,<br><br>     Debtor.<br>RAYMOND NEWBERRY; PATRICIA MENDOZA; MARIA ABOYTIA; JUANA PULIDO; JESUS PULIDO; JONATHAN PULIDO; RICHARD GONZALEZ LOZADA; MELINDA McNEAL; BERTHA LOZADA; MILDRED LYTWYNEC; NICHOLAS LYTWYNEC; GLORIA BASUA; LIZBETH BANUELOS; CARLOS OCHOA,<br>    Appellants,<br><br>  v.<br><br>CITY OF SAN BERNARDINO, CALIFORNIA,<br>    Appellee,<br><br>  and<br><br>UNITED STATES OF AMERICA,<br>    Intervenor. | Case No. 5:15-cv-01672-ODW<br><br>**ORDER GRANTING MOTION TO INTERVENE [17]** |

On December 16, 2015, Intervenor United States of America moved to intervene in this matter as of right pursuant to 28 U.S.C. § 2403. (ECF No. 17.) The United States represents that neither Appellants nor Appellees oppose intervention, and the Court has not received any opposition to the Motion to date. *See* Fed. R. Bankr. Proc. 8013(a)(3)(A); C.D. Cal. L.R. 7-12. Thus, the Court hereby **GRANTS** the United States' Motion to Intervene.[1] (ECF No. 17.) The United States is given leave to intervene in this appeal pursuant to Rule 24 for the purpose of addressing the constitutionality of 11 U.S.C. § 362 and 11 U.S.C. § 922.

The United States shall file its brief on the constitutionality of 11 U.S.C. § 362 and 11 U.S.C. § 922 on or before **February 4, 2016**. Any other party may file a reply brief on or before **February 18, 2016**.

**IT IS SO ORDERED.**

January 5, 2016

_____
 **OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

---

[1] The Court deems this matter appropriate for decision without oral argument, and thus vacates the hearing on this Motion. Fed. R. Bankr. Proc. 8013(c); Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15.